ARMED SERVICES BOARD OF CONTRACT APPEALS

| | | |
|---|---|---|
| Appeal of -- | ) | |
| | ) | |
| EPC Service, Inc. | ) | ASBCA No. 60018 |
| | ) | |
| Under Contract No. W9128A-14-C-0025 | ) | |

APPEARANCE FOR THE APPELLANT:    Hopewell H. Darneille III, Esq.
    Jackson Kelly PLLC
    Washington, DC

APPEARANCES FOR THE GOVERNMENT:    Thomas H. Gourlay, Jr., Esq.
    Engineer Chief Trial Attorney
    Nathan Kanale Sadowski, Esq.
    Engineer Trial Attorney
    U.S. Army Engineer District,
    Honolulu

ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated:  13 August 2015

MARK N. STEMPLER
Administrative Judge
Acting Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 60018, Appeal of EPC Service, Inc., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals